**E-filed 1/5/06**

1  **PAHL & GOSSELIN**
   A Professional Corporation
2  **Stephen D. Pahl, Esq.** (State Bar No. 95900)
   **Servando R. Sandoval, Esq.** (State Bar No. 205339)
3  160 West Santa Clara Street
   Fourteenth Floor
4  San Jose, California 95113-1700
   Telephone No.: (408) 286-5100
5  Facsimile No.: (408) 286-5722

6  Attorneys for Defendants
   Forest Casa Real, LLC, Vittoria Management, Inc. and
7  Vincenzo Giovannotto

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DENISE GRAY,<br><br>  Plaintiff,<br><br>v.<br><br>FOREST CASA REAL, LLC, a California Limited Liability Company, VITTORIA MANAGEMENT, INC., a California Corporation, VINCENZO GIOVANNOTTO, and DOES 1-50,<br><br>  Defendants. | Case No. C 05 4761 (efiling)<br><br>STIPULATION AND [PROPOSED] ORDER RE: TRANSFER TO ADR UNIT'S EARLY NEUTRAL EVALUATION |

The parties hereto, DENISE GRAY, represented by Tenderloin Housing Clinic and FOREST CASA REAL, LLC, et al., represented by Pahl & Gosselin, hereby stipulate that this matter be transferred to the Northern District of California's ADR Unit for Early Neutral Evaluation before the parties Case Management Conference scheduled for March 31, 2006, and the parties participate in such Early Neutral Evaluation prior to the Case Management Conference.

///

///

///

///

Pahl & Gosselin
A Professional Corp.
160 W. Santa Clara St.
Fourteenth Floor
San Jose, CA 95113
(408) 286-5100

3265-001
00060510.WPD

STIPULATION

1

(Case No. C 05 4761)

IT IS SO STIPULATED.

DATED: January 3, 2006

TENDERLOIN HOUSING CLINIC

By: _____
Stephen L. Collier

Attorneys for Plaintiff
DENISE GRAY

DATED: January 3, 2006

PAHL & GOSSELIN
A Professional Corporation

By: _____
Stephen D. Pahl

Attorneys for Defendants
Forest Casa Real, LLC, Vittoria Management, Inc. and Vincenzo Giovannotto

### ORDER

IT IS SO ORDERED.

Dated: 1/5/06

/s/electronic signature authorized
Honorable Jeremy Fogel
United States District Court Judge

Pahl & Gosselin
A Professional Corp.
160 W. Santa Clara St.
Fourteenth Floor
San Jose, CA 95113
(408) 286-5100

3265-001
00060510.WPD

STIPULATION

2

(Case No. C 05 4761)