**E-filed 3/20/06**

**PAHL & GOSSELIN**
A Professional Corporation
**Stephen D. Pahl, Esq.** (State Bar No. 95900)
**Servando R. Sandoval, Esq.** (State Bar No. 205339)
160 West Santa Clara Street
Fourteenth Floor
San Jose, California 95113-1700
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722

Attorneys for Defendants
Forest Casa Real, LLC, Vittoria Management, Inc. and
Vincenzo Giovannotto

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DENISE GRAY,<br><br>    Plaintiff,<br><br>v.<br><br>FOREST CASA REAL, LLC, a California Limited Liability Company, VITTORIA MANAGEMENT, INC., a California Corporation, VINCENZO GIOVANNOTTO, and DOES 1-50,<br><br>    Defendants. | Case No. C 05 4761 (efiling)<br><br>STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO COMPLETE MEET AND CONFER RE: INITIAL DISCLOSURES, EARLY SETTLEMENT, ADR PROCESS SELECTION AND DISCOVERY PLAN |

The parties hereto, DENISE GRAY, represented by Stephen L. Collier, of the Tenderloin Housing Clinic and FOREST CASA REAL, LLC, et al., represented by Pahl & Gosselin, hereby stipulate that the last day to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan in this matter be extended from March 8, 2006 to a time just prior to the Case Management Conference currently scheduled for March 31, 2006 to allow the ADR process selected by the parties to be concluded.

///

///

///

Pahl & Gosselin
A Professional Corp.
160 W. Santa Clara St.
Fourteenth Floor
San Jose, CA 95113
(408) 286-5100

3265-001
00062967.WPD

----------------
**STIPULATION AND ORDER . . .**

1

----------------
(Case No. C 05 4761)

IT IS SO STIPULATED.

DATED: ~~January~~ March 8, 2006        TENDERLOIN HOUSING CLINIC

By: /s/ Stephen L. Collier
Stephen L. Collier

Attorneys for Plaintiff
DENISE GRAY

DATED: March 8, 2006        PAHL & GOSSELIN
A Professional Corporation

By: /s/ Stephen D. Pahl
Stephen D. Pahl

Attorneys for Defendants
Forest Casa Real, LLC, Vittoria Management, Inc. and Vincenzo Giovannotto

### ORDER

Having reviewed the above stipulation,

**IT IS ORDERED** that the last day to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan is extended to 3/30/06 2006.

Dated: 3/20/06

/s/ Jeremy Fogel
Honorable Jeremy Fogel
United States District Court Judge

Pahl & Gosselin
A Professional Corp.
160 W. Santa Clara St.
Fourteenth Floor
San Jose, CA 95113
(408) 286-5100

3265-001
00062967.WPD

STIPULATION AND ORDER . . .    2    (Case No. C 05 4761)