\*\*E-filed 3/27/06\*\*

**PAHL & GOSSELIN**
A Professional Corporation
**Stephen D. Pahl, Esq.** (State Bar No. 95900)
**Servando R. Sandoval, Esq.** (State Bar No. 205339)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722

Attorneys for Defendants
Forest Casa Real, LLC, Vittoria Management, Inc. and
Vincenzo Giovannotto

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DENISE GRAY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FOREST CASA REAL, LLC, a California Limited Liability Company, VITTORIA MANAGEMENT, INC., a California Corporation, VINCENZO GIOVANNOTTO, and DOES 1-50,<br><br>　　　　Defendants. | Case No. C 05 4761 (efiling)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE, TIME FOR INITIAL DISCLOSURES AND DISCOVERY PLAN |

　　　　The parties hereto, DENISE GRAY, represented by Stephen L. Collier, of the Tenderloin Housing Clinic and FOREST CASA REAL, LLC, et al., represented by Pahl & Gosselin, hereby stipulate that because the required pre-ENE telephone conference will not take place in this matter until March 22, 2006 at 3:00 p.m., it is highly unlikely that the ENE session will take place prior to March 31, 2006, that the Case Management Conference be continued to a date after March 31, 2006 to allow the ADR process to be completed. It is also stipulated that because the ENE process will most likely not be completed before March 30, 2006, that the time for initial disclosures and discovery plan

///

///

Pahl & Gosselin
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3265-001
00063550.WPD

STIPULATION AND ORDER . . .

1

(Case No. C 05 4761)

also be continued to a date just before the continued Case Management Conference in this matter.

  **IT IS SO STIPULATED.**

DATED: March **20**, 2006   TENDERLOIN HOUSING CLINIC

By: _____
Stephen L. Collier

Attorneys for Plaintiff
DENISE GRAY

DATED: March 20, 2006   PAHL & GOSSELIN
A Professional Corporation

By: _____
Stephen D. Pahl

Attorneys for Defendants
Forest Casa Real, LLC, Vittoria Management, Inc. and Vincenzo Giovannotto

## ORDER

Having reviewed the above stipulation,

**IT IS ORDERED** that the Case Management Conference be continued to __April 28__, 2006, and the time for initial disclosures and discovery plan be extended to __April 21__, 2006.

Dated: __3/27/06__

_____
Honorable Jeremy Fogel
United States District Court Judge

Pahl & Gosselin
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3265-001
00063550.WPD

STIPULATION AND ORDER . . .

2

(Case No. C 05 4761)